THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Gifford
 Brown,        Appellant.
 
 
 

Appeal From Williamsburg County
Thomas W. Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 
2005-UP-441
Submitted July 1, 2005  Filed July 14, 2005

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney
 Wanda H. Carter, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott,  Office of
 Attorney General, all of Columbia; and Solicitor Cecil Kelly Jackson, of
 Sumter, for Respondent.
 
 
 

PER CURIAM:  Gifford
Brown appeals his convictions of assault and battery with intent to kill and
armed robbery.  He maintains the trial court erred by allowing the State to
exercise a peremptory challenge in a discriminatory manner.  Brown filed a pro
se brief in which he alleges the indictment was invalid because it failed
to list the element of malice aforethought and was not signed by the
solicitor.  After a thorough review of the record, counsels brief, and
Browns pro se brief pursuant to Anders v. California,
386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
(1991), we dismiss[1] Browns
appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.